July 29, 2011

US District Court

Northern District of California

Tracy Forakis

450 Golden Gate Ave., 16th Floor

San Francisco, CA 94102


RE: MOTION TO QUASH

I hereby withdraw my Motion to Quash re: CV 11 80 176 MISC.


Thank you,

*Elizabeth Dowling* (signature)

Elizabeth Dowling

24 Marsh Dr., Mill Valley, CA

415-388-2794